## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Kimberly Willis v. Bayer Corporation, et al.* | No. 10-cv-20007-DRH |
| *Cheryl A. Hahn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20182-DRH |
| *Danielle Hawkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10404-DRH |
| *Karen S. Henderson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10405-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 20, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*

Digitally signed by **Deputy Clerk**
David R. Herndon
Date: 2015.04.21
08:54:39 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT